ANTOINETTE L. HOLAHAN, Respondent, *v.* JAMES T. HOLAHAN, Appellant.

Argued November 29, 1948; decided January 6, 1949.

*Walter S. Forsyth* for appellant.

*Edward R. Finch* and *William B. Gelb* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ.